(98 South. 927)

C. B. WITTNER v. STATE. (1 Div. 521.) (Court of Appeals of Alabama. Nov. 20. 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAMFORD, J. Affirmed, on authority of Taylor v. State, 18 Ala. App. 485, 93 South. 215.

---

(95 South. 927)

WOODS v. STATE. (3 Div. 433.) (Court of Appeals of Alabama. Jan. 9, 1923.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(99 South. 927)

Nolan L. WOODS v. STATE. (5 Div. 515.) (Court of Appeals of Alabama. April 22, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

---

(99 South. 927)

Pearl WOODWARD v. STATE. (7 Div. 948.) (Court of Appeals of Alabama. April 8, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. Motley & Motley, of Gadsden, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. This appellant, a woman, was indicted, tried, and convicted of violating the prohibition law. The specific offense complained of was that she sold a pint of corn whisky to state witness Charlie Catheron, for which he paid her the sum of $1.50. There are no errors apparent on the record proper, and during the entire trial of this case no exception was reserved to any ruling of the court. No special charges were requested, nor was there a motion for a new trial. It appears that this appellant was attended by counsel in the court below, but no brief has been filed in this court in her behalf. It is manifest that this appeal is for delay only. No errors appear. Judgment appealed from will stand affirmed. Affirmed.

---

(94 South. 927)

YARBROUGH v. STATE. (6 Div. 978.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

SAMFORD, J. Appeal dismissed.

---

(98 South. 927)

William YERBY v. STATE. (6 Div. 464.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(96 South. 943)

YOUNG v. CITY OF BIRMINGHAM. (6 Div. 217.) (Court of Appeals of Alabama. May 15, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

BRICKEN, P. J. Affirmed, for want of assignments of error. Washington v. City of Tuscaloosa, ante, p. 228, 96 South. 464; Perry's Case, 1 Ala. App. 253, 55 South. 1035.

---

(94 South. 927)

YOUNG v. CITY OF TUSCALOOSA. (6 Div. 995.) (Court of Appeals of Alabama. Nov. 30, 1922.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(98 South. 927)

Mose YOUNG v. STATE. (1 Div. 540.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

FOSTER, J. Affirmed.